ERIC ALEXANDER, Respondent, v HANY ALEXANDER, Appellant.

Decided December 16, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

ANITA L. APT et al., Appellants, v MORGAN STANLEY DW, INC., et al., Respondents, et al., Defendant.

Submitted December 1, 2014; decided December 16, 2014

Motion by Public Investors Arbitration Bar Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of ARTO ZZ., Respondent. COMMISSIONER OF THE NEW YORK STATE OFFICE FOR PEOPLE WITH DEVELOPMENTAL DISABILITIES, Respondent; NEW YORK COUNTY DISTRICT ATTORNEY, Appellant.

Submitted November 10, 2014; decided December 16, 2014

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

JULIE CONASON et al., Respondents, v MEGAN HOLDING, LLC, et al., Appellants.

Submitted December 8, 2014; decided December 16, 2014

Motion by Association for Neighborhood and Housing Development et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.